U.S. COURTS
JUL 01 2019
Rcvd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Inmate name **MARTINEZ LEVI**
IDOC No. **19022**
Address **EPCF, P.O. Box 849**
**410 S. BIBB AVE**
**EAGLE PASS, TX. 78853**
Plaintiff

IN THE DISTRICT COURT OF THE **IDAHO** JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF **ADA**

**LEVI MARTINEZ**,                )
                                  )   Case No. **1:19-CV-00128-DCN**
            Plaintiff,            )
                                  )   **AMENDED**
                                  )   PRISONER CIVIL RIGHTS
                                  )   COMPLAINT
     vs.                          )
                                  )
**GEO CORRECTIONS: STATE,**       )
**IDAHO CORRECTIONS CENTER**      )
            Defendant.            )
                                  )

## A. PARTIES

1. **LEVI MARTINEZ** is a citizen of **IDAHO**
   (Plaintiff)                                    (State)
   presently residing at **EAGLE PASS CORRECTIONAL CENTER, EAGLE PASS, TX.**
                          (Mailing address or place of confinement)

2. Defendant **GEO CORRECTIONS** is a citizen of **TX / IDAHO**
              **IDAHO CORRECTIONS**                        (State)
              (Name of first defendant)
   whose address is **P.O. Box 849, 410 S. BIBB AVE, EAGLE PASS, TX.**
   and who is employed as **PRIVATE entity - local Entity**
                          (Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? **X** Yes ____ No. If your answer if "Yes," briefly explain: **PREFORMING A State Function, which imposed injury. and not Act on policy.**

PRISONER CIVIL RIGHTS COMPLAINT – 1
Revised: 3/24/16

_____

_____

_____

_____ N/A _____

_____.

3. Defendant _____ is a citizen of _____
                (Name of second defendant)                     (State)

whose address is _____,

and who is employed as _____.
                         (Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? _X_ Yes ___ No. If your answer if "Yes," briefly explain: _____

_____ Not carry-out policy _____

_____

_____

_____

_____

_____.

**NOTE:** If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "APPENDIX A. PARTIES." Be sure to include the same information for each defendant including their complete address and title.

## B. JURISDICTION

Jurisdiction is asserted pursuant to Idaho Code § 1-705 and Idaho Code § 18-310(1).

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. (If more space is needed to finish the above information, continue on a blank sheet which you should label "APPENDIX C. NATURE OF THE CASE.")

Plaintiffs medical property, is being denied by both defendants. Although medical staff has issued, plaintiff, a memo to have necessary property plaintiff has given both defendant notice to the medical memo he, has to have the property, yet nothing is being done to deliver such property. Plaintiff has been deprived Eight Amendment right to medical property, that has been medically issued. (Through a memo). The memo is policy in which defendants are to enforce. And carry out, by giving plaintiff his medical property. Both defendant are local and private entity performing state functions, and may be considered a "person" being sued under §1983. The medical staff has examined plaintiff as to his injuries and determined the property was essential for life activities. Again both defendants have not carry out, the enforcement of policy.

PRISONER CIVIL RIGHTS COMPLAINT – 3
Revised: 3/24/16

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "APPENDIX D. CAUSE OF ACTION.")

**Claim I:**

Eigth Amendment right, to medical Property, that has been medically issued, through a memo, from physician. Both Defendant failed to carry-out orders from physician, through a memo that Plantiff be given medical property that has been order by physician. Both Defendant failed to exercise said policy.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Plaintiff kited medical Deptment to be seen. After being examined by the physician, the order for medical property was made through memo to both Defendants. The event of being seen by doctor, establishes plaintiff right to medical property yet both Defendant fail to act on this order memo policy.

PRISONER CIVIL RIGHTS COMPLAINT – 4
Revised: 3/24/16

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ___ No ___. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, described the additional lawsuits using this same format on a blank sheet which you should label "APPENDIX E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

   a. Parties to previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____*N/A*_____

   b. Name and location of court and docket (case) number: _____

   c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? It is still pending?) _____

   d. Issues raised: _____*N/A*_____

   e. Approximate date of filing lawsuit: _____

   f. Approximate date of disposition: _____

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. _X_ Yes ___ No.

PRISONER CIVIL RIGHTS COMPLAINT – 5
Revised: 3/24/16

If your answer is "Yes," briefly described how relief was sought and the results.

Plaintiff sent notice to both Defendant by concern forms, and medical staff has given notice.

3. I have exhausted the grievance system. ✗ Yes ___ No. If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion. If your answer is "No," briefly explain why administrative remedies were not exhausted.

No response

## F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "APPENDIX F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

   a. Parties to previous lawsuit:

      Plaintiff(s): N/A

      Defendant(s): _____

   b. Name and location of court and docket (case) number: _____

   c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

   d. Approximate date of filing lawsuit: _____

   e. Approximate date of disposition: _____

2. Are you in imminent danger of serious physical injury? ___ Yes _X_ No. If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

   N/A

PRISONER CIVIL RIGHTS COMPLAINT – 7
Revised: 3/24/16

## G. REQUEST FOR RELIEF

I request the following relief: Both Defendant to provide medical issued property, as per policy.

DATED this 25 day of June, 2019.

_____
Prisoner Original Signature

PRISONER CIVIL RIGHTS COMPLAINT -
Revised: 3/24/16

## CERTIFICATION UNDER PENALTY OF PERJURY

I certify under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Date: 6/25/19

L. MARTINEZ
Typed/Printed

_[signature]_
Signature

PRISONER CIVIL RIGHTS COMPLAINT – 9
Revised: 3/24/16